# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| RENE VARGAS | § | Case No. 17-82010 |
| VERONICA VARGAS | § | |
| | § | |
| | § | |
| Debtors | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 08/25/2017 . The undersigned trustee was appointed on 08/25/2017 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of        $    10,000.00

   Funds were disbursed in the following amounts:

   | | |
   |---|---|
   | Payments made under an interim disbursement | 0.00 |
   | Administrative expenses | 2.22 |
   | Bank service fees | 41.77 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of[1]     $ | 9,956.01 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 01/22/2018 and the deadline for filing governmental claims was 02/02/2018 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 1,750.00 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 1,750.00 , for a total compensation of $ 1,750.00 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 9.85 , for total expenses of $ 9.85 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 08/27/2018                By: /s/BERNARD J. NATALE, TRUSTEE
                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 17-82010 | TML | Judge: | Thomas M. Lynch | Trustee Name: | BERNARD J. NATALE, TRUSTEE |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | RENE VARGAS | | | | Date Filed (f) or Converted (c): | 08/25/2017 (f) |
| | VERONICA VARGAS | | | | 341(a) Meeting Date: | 10/05/2017 |
| For Period Ending: | 08/24/2018 | | | | Claims Bar Date: | 01/22/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 107 Lincoln Ave Fox River Grove Il 60021-1011 Mchenry | 195,000.00 | 195,000.00 | | 0.00 | FA |
| 2. 106 Diane Dr Streamwood Il 60107-1328 Cook | 150,000.00 | 150,000.00 | | 0.00 | FA |
| 3. 2014 Buick Regal  43,000 Miles | 12,000.00 | 2,200.00 | | 2,200.00 | FA |
| 4. 2012 Mazda Cx-9  97,000 Miles | 9,000.00 | 6,000.00 | | 6,400.00 | FA |
| 5. Furniture And Household Goods | 1,400.00 | 1,800.00 | | 1,400.00 | FA |
| 6. Necessary Wearing Apparel | 500.00 | 0.00 | | 0.00 | FA |
| 7. Chase | 30.00 | 0.00 | | 0.00 | FA |
| 8. 2017 Estimated Tax Refund | 1,016.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)     $368,946.00     $355,000.00     $10,000.00     $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

4/26/2018 DEBTORS MAKING SETTLEMENT PAYMENTS PER COURT ORDER.

Initial Projected Date of Final Report (TFR): 06/30/2018     Current Projected Date of Final Report (TFR): 12/31/2018

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 17-82010 | Trustee Name: BERNARD J. NATALE, TRUSTEE |
| Case Name: RENE VARGAS | Bank Name: Associated Bank |
| VERONICA VARGAS | Account Number/CD#: XXXXXX8970 |
| | Checking |
| Taxpayer ID No: XX-XXX7423 | Blanket Bond (per case limit): $3,000.00 |
| For Period Ending: 08/24/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/28/18 | | Cesar Cervantes<br>2009 Stanley Ct.<br>Schaumberg, IL 60194 | Compromise<br>Pymt made for Veronica & Rene Vargas | | $1,600.00 | | $1,600.00 |
| | | | Gross Receipts          $1,600.00 | | | | |
| | 3 | | 2014 Buick Regal  43,000 Miles    $200.00 | 1129-000 | | | |
| | 5 | | Furniture And Household Goods    $1,400.00 | 1129-000 | | | |
| 04/11/18 | 3 | Veronica and Rene Vargas<br>107 Lincoln Ave<br>Fox River Grove, IL 60021-1011 | Compromise | 1129-000 | $1,600.00 | | $3,200.00 |
| 05/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $3,190.00 |
| 05/10/18 | | Veronica and Rene Vargas<br>107 Lincoln Ave<br>Fox River Grove, IL 60021 | Compromise | | $1,600.00 | | $4,790.00 |
| | | | Gross Receipts          $1,600.00 | | | | |
| | 3 | | 2014 Buick Regal  43,000 Miles    $400.00 | 1129-000 | | | |
| | 4 | | 2012 Mazda Cx-9  97,000 Miles    $1,200.00 | 1129-000 | | | |
| 06/04/18 | 1101 | INTERNATIONAL SURETIES<br>SUITE 420<br>701 POYDRAS STREET<br>NEW ORLEANS LA 70139 | BOND #016018067 | 2300-000 | | $2.22 | $4,787.78 |
| 06/06/18 | 4 | Veronica and Rene Vargas<br>107 Lincoln Ave<br>Fox River Grove, IL 60021-1011 | Compromise | 1129-000 | $1,600.00 | | $6,387.78 |
| 06/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $6,377.78 |
| 07/02/18 | 4 | Veronica & Rene Vargas<br>107 Lincoln Ave<br>Fox River Grove IL 60021 | Compromise | 1129-000 | $1,600.00 | | $7,977.78 |

UST Form 101-7-TFR (5/1/2011) *(Page: 4)*          Page Subtotals:          $8,000.00          $22.22

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 17-82010 | Trustee Name: BERNARD J. NATALE, TRUSTEE |
| Case Name: RENE VARGAS | Bank Name: Associated Bank |
| VERONICA VARGAS | Account Number/CD#: XXXXXX8970 |
| | Checking |
| Taxpayer ID No: XX-XXX7423 | Blanket Bond (per case limit): $3,000.00 |
| For Period Ending: 08/24/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/09/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $7,967.78 |
| 08/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $11.77 | $7,956.01 |
| 08/14/18 | 4 | Rene Vargas<br>106 Diane Dr<br>Streamwood IL 60107-1328 | Compromise | 1129-000 | $2,000.00 | | $9,956.01 |

| | | |
|---|---|---|
| COLUMN TOTALS | $10,000.00 | $43.99 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $10,000.00 | $43.99 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $10,000.00 | $43.99 |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*    Page Subtotals:    $2,000.00    $21.77

Exhibit B

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX8970 - Checking | $10,000.00 | $43.99 | $9,956.01 |
|  | $10,000.00 | $43.99 | $9,956.01 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $10,000.00 |
| Total Gross Receipts: | $10,000.00 |

Exhibit C

ANALYSIS OF CLAIMS REGISTER

Case Number: 17-82010  
Debtor Name: RENE VARGAS  
Claims Bar Date: 1/22/2018

Date: August 24, 2018

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | BERNARD J. NATALE<br>1639 N ALPINE RD SUITE 401<br>EDGEBROOK OFFICE CENTER<br>ROCKFORD, IL  61107 | Administrative | | $0.00 | $1,750.00 | $1,750.00 |
| 100 2200 | BERNARD J. NATALE<br>1639 N ALPINE RD SUITE 401<br>EDGEBROOK OFFICE CENTER<br>ROCKFORD, IL  61107 | Administrative | | $0.00 | $9.85 | $9.85 |
| ATTY 100 3110 | BERNARD J. NATALE LTD<br>1639 N ALPINE RD SUITE 401<br>EDGEBROOK OFFICE CENER<br>ROCKFORD, IL  61107 | Administrative | | $0.00 | $2,747.50 | $2,747.50 |
| ATTYEXP 100 3120 | BERNARD J. NATALE LTD<br>1639 N ALPINE RD SUITE 401<br>EDGEBROOK OFFICE CENER<br>ROCKFORD, IL  61107 | Administrative | | $0.00 | $19.86 | $19.86 |
| 1 300 7100 | American Express Centurion Bank<br>C/O Becket & Lee LLP<br>P O Box 3001<br>Malvern, PA  19355-0701 | Unsecured | | $0.00 | $2,099.59 | $2,099.59 |
| 2 300 7100 | PYOD as Assignee of Citibank NA<br>Resurgent Capital Services<br>Po Box 19008<br>Greenville, Sc 29602 | Unsecured | | $0.00 | $8,427.30 | $8,427.30 |
| 3 300 7100 | Portfolio Recovery Associates, Llc<br>P O Box 12914<br>Norfolk VA 23541 | Unsecured | | $0.00 | $5,477.41 | $5,477.41 |
| 4 300 7100 | Portfolio Recovery Associates, Llc<br>P O Box 12914<br>Norfol VA 23541 | Unsecured | | $0.00 | $256.94 | $256.94 |
| 5 400 4110 | New Penn Financial, LLC<br>dba Shellpoint<br>Po Box 10826<br>Greenville,SC 29603-0826 | Secured | | $0.00 | $168,176.57 | $168,176.57 |
| | Case Totals | | | $0.00 | $188,965.02 | $188,965.02 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

Page 1                              Printed: August 24, 2018

**UST Form 101-7-TFR (5/1/2011)** *(Page: 7)*

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 17-82010            Date: August 24, 2018
Debtor Name: RENE VARGAS
Claims Bar Date: 1/22/2018

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 17-82010
Case Name: RENE VARGAS
            VERONICA VARGAS
Trustee Name: BERNARD J. NATALE, TRUSTEE

    Balance on hand      $     9,956.01

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 5 | New Penn Financial, LLC | $ 168,176.57 | $ 168,176.57 | $ 0.00 | $ 0.00 |

    Total to be paid to secured creditors      $     0.00

    Remaining Balance      $     9,956.01

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: BERNARD J. NATALE | $ 1,750.00 | $ 0.00 | $ 1,750.00 |
| Trustee Expenses: BERNARD J. NATALE | $ 9.85 | $ 0.00 | $ 9.85 |
| Attorney for Trustee Fees: BERNARD J. NATALE LTD | $ 2,747.50 | $ 0.00 | $ 2,747.50 |
| Attorney for Trustee Expenses: BERNARD J. NATALE LTD | $ 19.86 | $ 0.00 | $ 19.86 |

    Total to be paid for chapter 7 administrative expenses      $     4,527.21

    Remaining Balance      $     5,428.80

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 16,261.24  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  33.4  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | American Express Centurion Bank | $ 2,099.59 | $ 0.00 | $ 700.95 |
| 2 | PYOD as Assignee of Citibank NA | $ 8,427.30 | $ 0.00 | $ 2,813.45 |
| 3 | Portfolio Recovery Associates, Llc | $ 5,477.41 | $ 0.00 | $ 1,828.63 |
| 4 | Portfolio Recovery Associates, Llc | $ 256.94 | $ 0.00 | $ 85.77 |

| | |
|---|---|
| Total to be paid to timely general unsecured creditors | $ 5,428.80 |
| Remaining Balance | $ 0.00 |

   Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

   Tardily filed general (unsecured) claims are as follows:

NONE

   Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

   Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE