UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

In Re: §
§
RENE VARGAS § Case No. 17-82010
VERONICA VARGAS §
§
Debtors §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BERNARD J. NATALE, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: 316,046.00                    Assets Exempt: 43,300.00
*(Without deducting any secured claims)*

Total Distributions to Claimants: 5,428.80      Claims Discharged
                                                 Without Payment: 441,750.44

Total Expenses of Administration: 4,571.20

3) Total gross receipts of $ 10,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 10,000.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 366,038.00 | $ 168,176.57 | $ 168,176.57 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 4,571.20 | 4,571.20 | 4,571.20 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 64,880.00 | 16,261.24 | 16,261.24 | 5,428.80 |
| **TOTAL DISBURSEMENTS** | $ 430,918.00 | $ 189,009.01 | $ 189,009.01 | $ 10,000.00 |

4)  This case was originally filed under chapter 7 on 08/25/2017 . The case was pending for 15 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  11/19/2018            By:/s/BERNARD J. NATALE, TRUSTEE
                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2012 Mazda Cx-9  97,000 Miles | 1129-000 | 6,400.00 |
| 2014 Buick Regal  43,000 Miles | 1129-000 | 2,200.00 |
| Furniture And Household Goods | 1129-000 | 1,400.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 10,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Mtg, PO Box 24696 Columbus, OH 43224-0696 | | 164,024.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Citimortgage Inc, PO Box 9438 Gaithersburg, MD 20898-9438 | | 41,338.00 | NA | NA | 0.00 |
| | The Money Source Inc, 500 S Broad St Meriden, CT 06450-6643 | | 160,676.00 | NA | NA | 0.00 |
| 5 | New Penn Financial, LLC | 4110-000 | NA | 168,176.57 | 168,176.57 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 366,038.00** | **$ 168,176.57** | **$ 168,176.57** | **$ 0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BERNARD J. NATALE | 2100-000 | NA | 1,750.00 | 1,750.00 | 1,750.00 |
| BERNARD J. NATALE | 2200-000 | NA | 9.85 | 9.85 | 9.85 |
| INTERNATIONAL SURETIES | 2300-000 | NA | 2.22 | 2.22 | 2.22 |
| Associated Bank | 2600-000 | NA | 41.77 | 41.77 | 41.77 |
| BERNARD J. NATALE LTD | 3110-000 | NA | 2,747.50 | 2,747.50 | 2,747.50 |
| BERNARD J. NATALE LTD | 3120-000 | NA | 19.86 | 19.86 | 19.86 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **$ NA** | **$ 4,571.20** | **$ 4,571.20** | **$ 4,571.20** |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA: NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | 0.00 | NA | NA | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ 0.00 | $ 0.00 | $ 0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Amex, PO Box 981537 El Paso, TX 79998-1537 | | 2,041.00 | NA | NA | 0.00 |
| | Bankamerica, PO Box 982238 El Paso, TX 79998-2238 | | 59.00 | NA | NA | 0.00 |
| | Barclays Bank Delaware, PO Box 8803 Wilmington, DE 19899-8803 | | 921.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bk of Amer, PO Box 982238 El Paso, TX 79998-2238 | | 16,141.00 | NA | NA | 0.00 |
| | Bk of Amer, PO Box 982238 El Paso, TX 79998-2238 | | 19,843.00 | NA | NA | 0.00 |
| | Cap1/bstby, PO Box 6497 Sioux Falls, SD 57117-6497 | | 165.00 | NA | NA | 0.00 |
| | Chase Card, PO Box 15298 Wilmington, DE 19850-5298 | | 9,425.00 | NA | NA | 0.00 |
| | Chase Card, PO Box 15298 Wilmington, DE 19850-5298 | | 8,100.00 | NA | NA | 0.00 |
| | Syncb/oldnavydc, PO Box 965005 Orlando, FL 32896-5005 | | 3,907.00 | NA | NA | 0.00 |
| | Syncb/tjx Cos Dc, PO Box 965005 Orlando, FL 32896-5005 | | 216.00 | NA | NA | 0.00 |
| | Unvl/citi, PO Box 6241 Sioux Falls, SD 57117-6241 | | 4,062.00 | NA | NA | 0.00 |
| 1 | American Express Centurion Bank | 7100-000 | NA | 2,099.59 | 2,099.59 | 700.95 |
| 3 | Portfolio Recovery Associates, Llc | 7100-000 | NA | 5,477.41 | 5,477.41 | 1,828.63 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4 | Portfolio Recovery Associates, Llc | 7100-000 | NA | 256.94 | 256.94 | 85.77 |
| 2 | PYOD as Assignee of Citibank NA | 7100-000 | NA | 8,427.30 | 8,427.30 | 2,813.45 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 64,880.00 | $ 16,261.24 | $ 16,261.24 | $ 5,428.80 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 17-82010 | TML | Judge: | Thomas M. Lynch | Trustee Name: | BERNARD J. NATALE, TRUSTEE |
| Case Name: | RENE VARGAS | | | | Date Filed (f) or Converted (c): | 08/25/2017 (f) |
| | VERONICA VARGAS | | | | 341(a) Meeting Date: | 10/05/2017 |
| For Period Ending: | 11/19/2018 | | | | Claims Bar Date: | 01/22/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 107 Lincoln Ave  Fox River Grove Il 60021-1011 Mchenry | 195,000.00 | 195,000.00 | | 0.00 | FA |
| 2. 106 Diane Dr  Streamwood Il 60107-1328 Cook | 150,000.00 | 150,000.00 | | 0.00 | FA |
| 3. 2014 Buick Regal  43,000 Miles | 12,000.00 | 2,200.00 | | 2,200.00 | FA |
| 4. 2012 Mazda Cx-9  97,000 Miles | 9,000.00 | 6,000.00 | | 6,400.00 | FA |
| 5. Furniture And Household Goods | 1,400.00 | 1,800.00 | | 1,400.00 | FA |
| 6. Necessary Wearing Apparel | 500.00 | 0.00 | | 0.00 | FA |
| 7. Chase | 30.00 | 0.00 | | 0.00 | FA |
| 8. 2017 Estimated Tax Refund | 1,016.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)         $368,946.00         $355,000.00         $10,000.00         $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

4/26/2018 DEBTORS MAKING SETTLEMENT PAYMENTS PER COURT ORDER.

Initial Projected Date of Final Report (TFR): 06/30/2018         Current Projected Date of Final Report (TFR): 12/31/2018

UST Form 101-7-TDR (10/1/2010) *(Page: 8)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 17-82010 | Trustee Name: | BERNARD J. NATALE, TRUSTEE |
| --- | --- | --- | --- |
| Case Name: | RENE VARGAS | Bank Name: | Associated Bank |
|  | VERONICA VARGAS | Account Number/CD#: | XXXXXX8970 |
|  |  |  | Checking |
| Taxpayer ID No: | XX-XXX7423 | Blanket Bond (per case limit): | $3,000.00 |
| For Period Ending: | 11/19/2018 | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 |  | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction |  | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/28/18 |  | Cesar Cervantes<br>2009 Stanley Ct.<br>Schaumberg, IL 60194 | Compromise<br>Pymt made for Veronica & Rene Vargas |  |  | $1,600.00 |  | $1,600.00 |
|  |  |  | Gross Receipts | $1,600.00 |  |  |  |  |
|  | 3 |  | 2014 Buick Regal 43,000 Miles | $200.00 | 1129-000 |  |  |  |
|  | 5 |  | Furniture And Household Goods | $1,400.00 | 1129-000 |  |  |  |
| 04/11/18 | 3 | Veronica and Rene Vargas<br>107 Lincoln Ave<br>Fox River Grove, IL 60021-1011 | Compromise |  | 1129-000 | $1,600.00 |  | $3,200.00 |
| 05/07/18 |  | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) |  | 2600-000 |  | $10.00 | $3,190.00 |
| 05/10/18 |  | Veronica and Rene Vargas<br>107 Lincoln Ave<br>Fox River Grove, IL 60021 | Compromise |  |  | $1,600.00 |  | $4,790.00 |
|  |  |  | Gross Receipts | $1,600.00 |  |  |  |  |
|  | 3 |  | 2014 Buick Regal 43,000 Miles | $400.00 | 1129-000 |  |  |  |
|  | 4 |  | 2012 Mazda Cx-9 97,000 Miles | $1,200.00 | 1129-000 |  |  |  |
| 06/04/18 | 1101 | INTERNATIONAL SURETIES<br>SUITE 420<br>701 POYDRAS STREET<br>NEW ORLEANS LA 70139 | BOND #016018067 |  | 2300-000 |  | $2.22 | $4,787.78 |
| 06/06/18 | 4 | Veronica and Rene Vargas<br>107 Lincoln Ave<br>Fox River Grove, IL 60021-1011 | Compromise |  | 1129-000 | $1,600.00 |  | $6,387.78 |
| 06/07/18 |  | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) |  | 2600-000 |  | $10.00 | $6,377.78 |
| 07/02/18 | 4 | Veronica & Rene Vargas<br>107 Lincoln Ave<br>Fox River Grove IL 60021 | Compromise |  | 1129-000 | $1,600.00 |  | $7,977.78 |

Page Subtotals: $8,000.00 $22.22

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 17-82010  
Case Name: RENE VARGAS  
VERONICA VARGAS  
Taxpayer ID No: XX-XXX7423  
For Period Ending: 11/19/2018  

Trustee Name: BERNARD J. NATALE, TRUSTEE  
Bank Name: Associated Bank  
Account Number/CD#: XXXXXX8970  
Checking  
Blanket Bond (per case limit): $3,000.00  
Separate Bond (if applicable):  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/09/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $7,967.78 |
| 08/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $11.77 | $7,956.01 |
| 08/14/18 | 4 | Rene Vargas<br>106 Diane Dr<br>Streamwood IL 60107-1328 | Compromise | 1129-000 | $2,000.00 | | $9,956.01 |
| 10/02/18 | 1102 | BERNARD J. NATALE<br>1639 N ALPINE RD SUITE 401<br>EDGEBROOK OFFICE CENTER<br>ROCKFORD, IL  61107 | Distribution | | | $1,759.85 | $8,196.16 |
| | | BERNARD J. NATALE | Final distribution representing a payment of 100.00 % per court order.     ($1,750.00) | 2100-000 | | | |
| | | BERNARD J. NATALE | Final distribution representing a payment of 100.00 % per court order.     ($9.85) | 2200-000 | | | |
| 10/02/18 | 1103 | BERNARD J. NATALE LTD<br>1639 N ALPINE RD SUITE 401<br>EDGEBROOK OFFICE CENER<br>ROCKFORD, IL  61107 | Distribution | | | $2,767.36 | $5,428.80 |
| | | BERNARD J. NATALE LTD | Attorney for Trustee     ($2,747.50) | 3110-000 | | | |
| | | BERNARD J. NATALE LTD | Expenses for Attorney for Trustee     ($19.86) | 3120-000 | | | |
| 10/02/18 | 1104 | American Express Centurion Bank<br>C/O Becket & Lee LLP<br>P O Box 3001<br>Malvern, PA  19355-0701 | Ref #1007 | 7100-000 | | $700.95 | $4,727.85 |
| 10/02/18 | 1105 | PYOD as Assignee of Citibank NA<br>Resurgent Capital Services<br>Po Box 19008<br>Greenville, Sc 29602 | Ref #2966 | 7100-000 | | $2,813.45 | $1,914.40 |
| 10/02/18 | 1106 | Portfolio Recovery Associates, Llc<br>P O Box 12914<br>Norfolk VA 23541 | Ref #0568/Old Navy | 7100-000 | | $1,828.63 | $85.77 |

Page Subtotals: $2,000.00  $9,892.01

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 17-82010 | Trustee Name: BERNARD J. NATALE, TRUSTEE |
| Case Name: RENE VARGAS | Bank Name: Associated Bank |
| VERONICA VARGAS | Account Number/CD#: XXXXXX8970 |
| | Checking |
| Taxpayer ID No: XX-XXX7423 | Blanket Bond (per case limit): $3,000.00 |
| For Period Ending: 11/19/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/02/18 | 1107 | Portfolio Recovery Associates, Llc<br>P O Box 12914<br>Norfol VA 23541 | Ref #1650/TJX | 7100-000 | | $85.77 | $0.00 |

| | | | |
|---|---:|---:|---|
| COLUMN TOTALS | $10,000.00 | $10,000.00 | |
| Less: Bank Transfers/CD's | $0.00 | $0.00 | |
| Subtotal | $10,000.00 | $10,000.00 | |
| Less: Payments to Debtors | $0.00 | $0.00 | |
| Net | $10,000.00 | $10,000.00 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

Page Subtotals: $0.00 $85.77

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX8970 - Checking | $10,000.00 | $10,000.00 | $0.00 |
|  | $10,000.00 | $10,000.00 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $10,000.00 |
| Total Gross Receipts: | $10,000.00 |

Page Subtotals:    $0.00    $0.00